**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                            :
**RONALD BOATWRIGHT,**      :
                            :       **Civ. No. 17-4220 (RMB)**
         Petitioner,        :
                            :
    v.                      :       ORDER
                            :
                            :
**WARDEN D. LEU,**          :
                            :
         Respondent.        :
_____ :

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **17th** day of **October 2017**,

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED for lack of jurisdiction; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion on Petitioner by regular U.S. mail; and it is further

**ORDERED** that the Clerk shall close this matter.

                              s/Renée Marie Bumb_____
                              **RENÉE MARIE BUMB**
                              **United States District Judge**