# IN THE UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEW JERSEY
## CAMDEN DIVISION

RONALD IAN BOATWRIGHT,  )
    )
    Petitioner,  )
    )
vs.  )   Civil No. 1:17-cv-04220-RMB
    )
LEU, WARDEN FCI FAIRTON,  )
    )
    Respondent.  )

RECEIVED
NOV 17 2017
AT 8:30
WILLIAM T WALSH CLE

## NOTICE OF APPEAL

COMES Petitioner, RONALD IAN BOATWRIGHT ("Boatwright"), appearing *pro se*, and timely gives his notice of appeal of the Order dismissing his Writ of Habeas Corpus under 28 U.S.C. § 2241 dated October 17, 2017 [Docs. 3] of the above referenced case.

Respectfully submitted,

Dated: November 3 , 2017

RONALD IAN BOATWRIGHT
REG. NO. 12309-067
FCI FAIRTON
FEDERAL CORR. INSTITUTION
P.O. BOX 420
FAIRTON, NJ 08320
Appearing *Pro Se*